UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAYNE MCNAUGHTON,<br><br>                     Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>                     Defendant. | 24-CV-610 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

An order issued on February 1, 2024, scheduled an initial pretrial conference in this matter for **March 19, 2024**, and required the parties to file a joint status letter and proposed case management plan by **March 12, 2024**. *See* ECF No. 6. No such materials were filed. It is hereby **ORDERED** that the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **March 14, 2024**. The parties are advised that failure to comply with the Court's orders may result in sanctions.

SO ORDERED.

Dated: March 13, 2024
       New York, New York

                                                                DALE E. HO
                                                     United States District Judge