MEMO ENDORSED

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**July 17, 2024**

**Via ECF**

Hon. Dale E. Ho, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

**Re: McNaughton v. United Parcel Service, Inc.**
**Case No: 23-CV-01751 (DEH)(BCM)**
**Case No: 24-CV-00610 (DEH)(BCM)**
**Motion for Extension of Time**

Dear Judge Ho:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the July 17, 2024 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is still needed for the parties to finalize the settlement paperwork in compliance with Cheeks, etc. One prior request for an extension of this deadline was made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Application GRANTED.

The parties shall file their materials for judicial approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 19 (2d Cir. 2015), by **August 2, 2024**.

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____

The Clerk of Court is directed to close ECF No. 24.

By: Abdul K. Hassan, Esq.

SO ORDERED.

**Cc: Defense Counsel via ECF**

Dale E. Ho
United States District Judge
Dated: July 18, 2024
New York, New York

1