UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DWAYNE MCNAUGHTON,

                Plaintiff,

v.

UNITED PARCEL SERVICE, INC.

                Defendant.

24 Civ. 610 (DEH)

**ORDER**

---

DALE E. HO, United States District Judge:

The parties filed the *Cheeks* materials in the related case 23 Civ. 01751, *McNaughton v. United Parcel Service, Inc.* (UPS), ECF No. 42, but did not docket them in the above-captioned case. It is hereby **ORDERED** that, Plaintiff shall file the required *Cheeks* materials in the above-captioned case, by **September 10, 2024**.

Furthermore, the conference scheduled for September 10, 2024, is ADJOURNED *sine die* and all deadlines are cancelled, given the settlement. See ECF No. 21.

SO ORDERED.

Dated: September 4, 2024
       New York, New York

                                          DALE E. HO
                               United States District Judge